**FILED**
JUL 24 2012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

*****************************************************

| | |
|---|---|
| WADE HARDES; KERI HARDES; MIKE HARDES; PENNY HARDES; MARK HARDES; and SERESA LINDBERG (f/k/a SERESA HARDES), | CIV. 12-3005 |
| Plaintiffs, | |
| vs. | **ORDER AND JUDGMENT OF DISMISSAL** |
| NAU COUNTRY INSURANCE COMPANY; RABO AGINSURANCE SERVICES, INC.; AMY JO HAPKA; and BARBARA A. MEAD, | |
| Defendants. | |

*****************************************************

Pursuant to the Joint Motion To Dismiss, Doc. 26, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint against Defendants is dismissed with prejudice and that all parties shall bear their own costs and fees.

Dated this 24th day of July, 2012.

BY THE COURT:

LAWRENCE L. PIERSOL
United States District Judge

ATTEST:

JOSEPH HAAS, Clerk

_____, Deputy

(Court Seal)